IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **WELLS FARGO EQUIPMENT FINANCE,**<br><br>Plaintiff,<br><br>v.<br><br>**JAY D. STUBBS and TRAVIS S. STUBBS,**<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:09-CV-813DAK<br><br>**Judge Dale A. Kimball** |

On November 16, 2009, Plaintiff filed a Motion for Judgment on the Pleadings. Defendants response to Plaintiff's motion was due December 21, 2009. However, as of the date of this Order, Defendants have not responded to Plaintiff's motion. Therefore, pursuant to DUCivR 7-1(d), this court grants Plaintiff's Motion for Judgment on the Pleadings based upon Defendants' failure to respond. Moreover, the motion appears to be warranted based on the specific circumstances in this case in which Defendants appear to have admitted to their liability in their Answer.

Accordingly, Plaintiff's motion is GRANTED, and the Clerk of the Court is directed to close the case and enter judgment in favor of Plaintiff and against Defendants in the amount, as of August 28, 2009, of $479,590.67; for interest, late charges, and other fees accruing after that date pursuant to the terms of the Agreements; and for Wells Fargo's costs and attorneys' fees

incurred to pursue this action, to be established by declaration.

DATED this 11th day of January, 2010.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge